UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

UNITED STATES OF AMERICA

v.                                           Case No. 7:25-CR-00065-CS-1

Victoria Mendez
Defendant

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

## ORDER

**IT IS ORDERED:** The defendant's conditions of release shall be modified to include the following:

- Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.
- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

Date: 3/27/25

Cathy Seibel
United States District Judge