**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                                    **Telephone 212-349-0230**

**By ECF**

April 5, 2025

The Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> /s/ Cathy Seibel   4/7/25
> CATHY SEIBEL, U.S.D.J.

                Re:   United States v. Victoria Mendez
                      25 Cr. 65 (CS)

Dear Judge Seibel:

      I was appointed to represent Ms. Mendez pursuant to the Criminal Justice Act on February 5, 2024. Bruce Koffsky was appointed as co-counsel soon thereafter to help resolve two related cases pending against Ms. Mendez in the State Courts of Connecticut. This letter is respectfully submitted to request that Mr. Koffsky and I be permitted to submit interim vouchers in accordance with the CJA Plan for the Southern District of New York.

                              Respectfully submitted,

                                /s/ Andrew Patel
                              Andrew G. Patel

Cc:   Bruce Koffsky, Esq. (by email)