UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
              United States of America,

                                 Notice of Adjournment
                                     of Sentencing

        -against-

                           7:25-CR-00065 (CS)


              Victoria Mendez,
                       Defendant(s).
-----------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **December 4, 2025 at 11:30 a.m.** is adjourned to **January 6, 2026 at 2:15 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.


                            /s/ Walter Clark, Courtroom Deputy


Dated: December 2, 2025
      White Plains, New York